RECEIVED
Charlotte, NC
JAN 28 2016
Clerk, US District Court
Western District NC

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED
JAN 20 2016
IN THIS OFFICE
Clerk, U.S. District Court
Greensboro, N.C.
By_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:16MJ14-1 |
| GLENN GOOCH | ) |
| Defendant | ) Charging District's Case No. 3:15MJ325 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Western__ District of __North Carolina__, (if applicable) _____ division. The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.
                X  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: Jan. 20, 2016

_____
Judge's signature

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

A True Copy
Testor:
John S. Brubaker, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:16MJ014-1 |
| | : | |
| GLENN GOOCH | : | |

## MOTION BY THE UNITED STATES OF AMERICA
## FOR DETENTION HEARING

NOW COMES the United States of America and hereby moves for a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    ☐ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ☐ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ☐ controlled substance offense punishable by ten years or more in prison [18 U.S.C. § 3142(f)(1)(C)]

    ☐ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    ☒ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    ☒ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

☐ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

☒ the Defendant's appearance as required

☒ the safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States of America does invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). The presumption applies because:

☐ there is probable cause to believe defendant has committed a controlled substance offense punishable by ten years or more in prison, or an offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

☐ the Defendant has a prior conviction for an "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

☒ there is probable cause to believe that the Defendant committed an offense involving a minor as a victim pursuant to 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States of America requests that the court conduct the detention hearing:

☐ at first appearance

☒ after continuance of __3__ days (not more than 3).

5. <u>Temporary Detention</u>. The United States of America moves the Court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

WHEREFORE, the United States respectfully requests that the Court hold a detention hearing in the above-captioned case and that it continue the detention hearing for a reasonable period of time from the date of the defendant's first appearance before a judicial officer to allow the United States to prepare.

This, the 20th day of January, 2016.

                    RIPLEY RAND
                    United States Attorney

                    /s/ JOANNA G. MCFADDEN
                    Assistant United States Attorney
                    NY Bar No. 4500948
                    101 South Edgeworth Street
                    Fourth Floor
                    Greensboro, North Carolina 27401
                    Telephone: (336) 333-5351
                    Fax: (336) 333-5381

A True Copy
Teste:
John S. Brubaker, Clerk
By: _____
Deputy Clerk

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

_____ v. _____

FOR

AT

FILED JAN 20 2016 THIS OFFICE U.S. District Court Greensboro, N.C.

**PERSON REPRESENTED** (Show your full name)
Glenn Gooch (Homeless)
6324 Ellesmere Ct., Mint Hill, NC 28227
Ph: 704-545-3881

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
DOB: 2/19/69
SSN: 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

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge
District Court: 3:15MJ326
Court of Appeals: WD/NC

## ANSWER TO QUESTIONS CONCERNING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 7/15
How much did you earn per month? $ 11.25 hr

If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: X Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION: N/A
TOTAL DEBT: _____
MONTHLY PAYMENT: N/A

I certify under penalty of perjury that the foregoing is true and correct. A True Copy
Teste:
John S. Brubaker, Clerk
By: _____ Deputy Clerk

X Glenn Gooch
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

X 01-20-2016
Date

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:16MJ14-1 |
| | ) | |
| GLENN GOOCH | ) | Charging District's Case No. 3:15MJ325 |
| Defendant | ) | |

FILED JAN 20 2016

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of North Carolina.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Jan. 20, 2016

*Defendant's signature*

*Signature of defendant's attorney*

Robert Cooper

*Printed name of defendant's attorney*

A True Copy
Tester:
John S. Brubaker, Clerk
By:
Deputy Clerk

CLOSED

# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:16-mj-00014-JLW All Defendants
# Internal Use Only

Case title: USA v. GOOCH  
Other court case number: 3:15MJ325 WESTERN DISTRICT OF NORTH CAROLINA

Date Filed: 01/19/2016  
Date Terminated: 01/25/2016

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**  
**GLENN GOOCH**  
*TERMINATED: 01/25/2016*

represented by **ROBERT LONNIE COOPER**  
COOPER DAVIS & COOPER  
POD 1598  
FAYETTEVILLE, NC 28302  
910-483-3843  
Fax: 910-483-4808  
Email: cooperdaviscooperatty@embarqmail.com  
*TERMINATED: 01/25/2016*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

A True Copy  
Teste:  
**Disposition**  John S. Brubaker, Clerk  
By:  
Deputy Clerk

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

18:2252A.F

**Plaintiff**

USA                          represented by   **JOANNA G. MCFADDEN**
U. S. ATTORNEY'S OFFICE
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336-332-6362
Fax: 336-333-5381
Email: joanna.mcfadden@usdoj.gov
*TERMINATED: 01/25/2016*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2016 | | Arrest (Rule 5) of GLENN GOOCH. (Lee, Pedra) (Entered: 01/19/2016) |
| 01/20/2016 | 1 | MOTION for Detention by USA as to GLENN GOOCH. (MCFADDEN, JOANNA) (Entered: 01/20/2016) |
| 01/20/2016 | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to GLENN GOOCH held on 1/20/2016. Attorney Robert Cooper present with Defendant. Defendant advised of rights and charges. Defendant agrees to waive his rights to his hearings in this district and to proceed in the prosecuting district, at a time set by that court. (Lee, Pedra) (Entered: 01/20/2016) |
| 01/20/2016 | 🔒 2 | SEALED FINANCIAL AFFIDAVIT by GLENN GOOCH. (Daniel, J) (Entered: 01/20/2016) |
| 01/20/2016 | 3 | CJA 20 Appointment of Attorney ROBERT LONNIE COOPER for GLENN GOOCH.<br><br>**NOTICE: Pursuant to 18 U.S.C. section 3006A(d)(4), approved CJA voucher forms will be posted to CM/ECF. Appointed counsel is responsible for requesting redactions to information contained within CJA vouchers.**<br><br>Signed by MAG/JUDGE JOE L. WEBSTER on 1/19/2016. (Attachments: # 1 CJA Worksheets) (Daniel, J) (Entered: 01/20/2016) |
| 01/20/2016 | 4 | WAIVER of Rule 5 & 5.1 Hearings by GLENN GOOCH. (Daniel, J) (Entered: 01/20/2016) |
| 01/20/2016 | 5 | COMMITMENT TO ANOTHER DISTRICT in case as to GLENN GOOCH. Defendant committed to the WESTERN DISTRICT OF NORTH CAROLINA. Signed by MAG/JUDGE JOE L. WEBSTER on 1/20/2016. (Daniel, J) (Entered: 01/20/2016) |

Case 3:16-cr-00039-MOC-DCK   Document 3   Filed 01/28/16   Page 8 of 9

| 01/21/2016 | 6 | NOTICE OF ATTORNEY APPEARANCE: ROBERT LONNIE COOPER appearing for GLENN GOOCH *(Limited Appearance)* (COOPER, ROBERT) (Entered: 01/21/2016) |
| 01/25/2016 | 7 | Rule 5 Documents sent to CLERK, WESTERN DISTRICT OF NORTH CAROLINA in case as to GLENN GOOCH. (Daniel, J) (Entered: 01/25/2016) |