IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

UNITED STATES OF AMERICA

vs.                                    WAIVER OF ARRAIGNMENT

GLENN GOOCH                            CASE NO. 3:16-cr-39-MOC

     The undersigned defendant acknowledges (1) that he/she has received a copy of the indictment in the above-captioned case; (2) that he/she has reviewed the contents of the indictment and understands the general nature of the charges against him/her; and (3) that counsel has advised him/her of the maximum penalties provided for the offenses with which he/she is charged.

     With the advice and consent of counsel the undersigned defendant hereby waives his/her right to be present at arraignment on the indictment in the case and enters plea(s) of  not guilty        to each of the counts in which he/she is charged.

     The defendant ☑ does ☐ does not request a jury trial on all counts.

Dated: 2/25/16

Dated: 2/25/16

_____
Defendant

_____
Defense Counsel

NOTE:    THE WAIVER OF ARRAIGNMENT FORM MUST BE FILED IN THE CLERK'S OFFICE AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT. IF NOT, IT IS MANDATORY FOR DEFENSE COUNSEL AND DEFENDANT TO APPEAR FOR THE HEARING.