UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00039-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GLENN GOOCH,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Mandatory Victim Restitution and for a 90-Day Extension to Determine Final Restitution. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Mandatory Victim Restitution and for a 90-Day Extension to Determine Final Restitution (#30) is GRANTED, and the time allowed is ENLARGED by 90 days.

Signed: August 11, 2016

Max O. Cogburn Jr.
United States District Judge